

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2019

No. 04-19-00112-CV

**THE KATZ PARTNERSHIP,**
Appellant

v.

**HP CAPITAL PARTNERS, L.L.C.,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15149
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios Justice
            Beth Watkins, Justice

The agreed motion to expedite issuance of the mandate is granted. We **order** the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

It is so **ORDERED** on this 20th day of August, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court